UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN J. OVERHOLT, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1 through 75, inclusive,<br><br>          Defendant. | 2:13-cv-02009-GEB-AC<br><br>**ORDER CONCERNING BRIEFING FOR PENDING MOTION TO DISMISS** |

      Plaintiff's opposition brief will be considered, and Defendant is provided seven days from the date on which this order is filed to file a reply brief.

      Dated:  November 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1